UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LERMA-MAYORAL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>Defendant. | Case No.: 15cv818-LAB (PCL)<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

Defendant Imperial County has filed an *ex parte* motion for leave to file supplemental authority (Docket no. 82) in support of its motion for summary judgment. The motion brings to the Court's attention the Ninth Circuit's recent memorandum opinion in 17-55533, *Mehta v. City of Upland*. But beyond that, Imperial County asks for leave to file briefing on the significance of the opinion.

The Court may, of course, take notice of relevant decisional authority. But the opinion is straightforward and it does not appear briefing would significantly help in interpreting it. Furthermore, it does not establish or modify existing law, and it is not binding precedent. *See* Ninth Circuit Rules 36-1, 36-2, and 36-3(a).

/ / /

/ / /

/ / /

1 | The Court will take the decision into account, but the request for leave to file briefing is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 6, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge